

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:        In re Commitment of Mark Edward Langford

Appellate case number:    01-18-01050-CV

Trial court case number:   94640-CV

Trial court:                        149th District Court of Brazoria County

Terrence Gaiser has filed a notice of appearance and motion for substitution of attorney for appellant, Mark Edward Langford, requesting that Kenneth Nash, State Counsel for Offenders, be allowed to withdraw as appellant's counsel and Terrence Gaiser be substituted as appellant's counsel. The motion is **granted**. *See* TEX. R. APP. P. 6.1(b), 6.5(d).

The Clerk of this Court is directed to note Kenneth Nash's withdrawal as counsel for appellant and substitute Terrence Gaiser as counsel for appellant on the docket of this Court.

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
　　　　　　　　　　☑ Acting individually    ☐ Acting for the Court

Date:  ___January 10, 2019___